Will D Rogers Jr
FULL NAME

_____
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. box 22500
Lincoln NE 68542.2500
PRISON NUMBER (if applicable)



FILED
CLERK U.S DISTRICT COURT
FEB 16 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Will D Rogers Jr
PLAINTIFF,

v.

Walmart . INC.
DEFENDANT(S).

CASE NUMBER
CV17-01280 CAS (AFMx)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 14 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __1__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

ON. 6.1.2012. IN Oxnard Calf at the Walmart. I Slip and Fall on .6.6 2012. I Went to Jail in Ventura Calf While I were in Jail a Lady by the Name of Nancy Settle my case with Walmart on 7-9.2012 I did n't get out of Jail until .9.28.2012. did not agree with know one about a settlement because I were IN Jail and had know Attorney on my cace so how could Walmart settle a cace with out me

a. Parties to this previous lawsuit:
   Plaintiff __Will D Rogers Jr__

   Defendants __Walmart INC__

b. Court __US Disrict Court of Nebraska__

c. Docket or case number __8:15 cr 00272__
d. Name of judge to whom case was assigned __mr Richard Koph__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __moot__
f. Issues raised: __Negligence__

g. Approximate date of filing lawsuit: __8.15 2015__
h. Approximate date of disposition __1-4 2016__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☑ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Will D Rogers Jr__
(print plaintiff's name)
who presently resides at __P.O box 22500 Lincoln NE 68542-2500__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Walmart, INC. Oxnard Calf__
(institution/city where violation occurred)

---

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 2 of 6

on (date or dates) __6/1/2013__ , __7-9-2013__ , __7-9-2013__ .
                          (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Walmart INC.__ resides or works at
(full name of first defendant)
__702 SW 8th Str Bentonville ark 72716__
(full address of first defendant)
__Store__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
__discrimination. differential treatment esp a Failure to treat all person equally when no reasonable distinction can be Found between those Favored and those not Favored__

2. Defendant _____ resides or works at
(full name of first defendant)
__Nancy L__
(full address of first defendant)
__2105 E. ponderosa Dr Apt# 138__
(defendant's position and title, if any)
__Camarillo CalF 93010__

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__This is a Criminal act she use my name to get Walmart to settle a Claim I knew nothing about this act until Now__

3. Defendant _____ resides or works at
(full name of first defendant)
__Claim investigate MS Amanda__
(full address of first defendant)
__702. SW 8th Bentonville ark. 72716__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Negligence unauthorized signing or a material Alteration in a Negotiable instrument "Law Negligent__

---

CV-66 (7/97)          **CIVIL RIGHTS COMPLAINT**         Page 3 of 6

4. Defendant _____ Ø _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ Ø _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

*Will Rogers jr* (signature)

D. **CLAIMS**\*

**CLAIM I**

The following civil right has been violated:

1. Walmart Inc violated my right's by not investigating my claim of them paying someone other then myself

2. also Walmart Inc refuse to show the check and the agreement and who made the agreement and the signature on the agreement and where she send the check and the bank that cash the check. because I do not have a bank account at the time

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

3. The Claim Investigator Ms Amanda never check the person whom she were dealing with to make sure she had the right client

4. Ms Nancy L get ahold of my paper work by giving me a ride to the hospital Legal Work Doctor Office and never saw this lady again this a Criminal act IF they check the bank they will find she Cash it and made this agreement without me knowing Anything

\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. I believe under the Color of law my case Should be reopened and go Forward with my case

2. I Should be awarded For pain and Suffering Loss oF inJayment mental suffering and paying For all medical treatment care

3. by the State of Calf Law i Should be infile to a hearing and a investigation by the United States District Court

2-8-2017
(Date)

Willie Rogan 83583
(Signature of Plaintiff)

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 6 of 6

William Rogers Jr
83583

46-03-13



Legal mail

Mr Kiry. K. Gray / Clerk of Court
United States District Court
Central District of California
Western Division
312. N. Spring. str. Rm G-8
Los. Angeles. CA
90012